# United States District Court
CENTRAL DISTRICT OF ILLINOIS

**Anthony L. Fletcher**

    vs.                          Case Number:   **07-1231**

**Greg Simms, et al.**

ORDER

    Pursuant to the **2/23/10** mandate, in appellate case number **09-3101**, from the United States Court of Appeals, Seventh Circuit **[117]**, the agency having custody of the plaintiff, **Anthony L. Fletcher,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 24th day of February, 2010

                                           _s/Harold A. Baker___
                                           HAROLD A. BAKER
                                           U.S. District Judge